TO BE PUBLISHED

# Supreme Court of Kentucky

2007-SC-000297-KB

DATE July 3, 07 ELA Group P.C.

WILLIAM MORRIS SAWYER                                                     MOVANT

V.                                    IN SUPREME COURT

KENTUCKY BAR ASSOCIATION                                          RESPONDENT

## OPINION AND ORDER

Pursuant to SCR 3.480(3), William Morris Sawyer, KBA Member No. 61685, moves this Court to suspend his license to practice law in Kentucky for a period of three years, effective from January 3, 2004, the date he was temporarily suspended after pleading guilty to a Class D felony. Sawyer was admitted to practice law in this Commonwealth on September 1, 1972. His bar roster address is 917 College Street, Bowling Green, Kentucky 42101.

On January 2, 2004, Movant pled guilty to first degree possession of a controlled substance (cocaine), possession of a prescription not in the original container and possession of drug paraphernalia. As a result, he was automatically temporarily suspended by virtue of SCR 3.166. Pursuant to Movant's plea agreement in 2004, he was granted pretrial diversion for five years. He was granted an early release by the Court on August 18, 2006, and is not currently under any probation. His felony case was diverted and dismissed.

The Inquiry Commission charged Movant with one count of violating SCR 3.130-8.3(b) which prohibits a lawyer from committing a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer in other respects. Movant admits that his felonious acts violated the rule and requests a three-year suspension, retroactive to the date of his temporary suspension. The KBA concluded that this was the appropriate discipline and agrees that the suspension should be retroactive. Movant has taken responsibility for the violations. He did not harm a client in connection with his criminal act, and he has remained compliant with his Kentucky Lawyer Assistance Program (KYLAP) supervision agreement.

We accept the recommendation of the KBA and grant Sawyer's motion.

Upon the foregoing, it is ordered that:

(1) William Morris Sawyer is hereby suspended from the practice of law in the Commonwealth of Kentucky for a period of three years, effective January 3, 2004.

(2) In accordance with SCR 3.450, Sawyer is ordered to pay all costs associated with these disciplinary proceedings, said sum being $35.88 and for which execution may issue from this Court upon finality of this Opinion and Order.

All sitting. All concur.

ENTERED: June 21, 2007.

CHIEF JUSTICE

2